JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RICHARDSON,<br><br>             Plaintiff,<br><br>      v.<br><br>MARTHA BELLINGER, in her capacity as the Temporary Judge in a California State Case,<br><br>             Defendant. | Case No. 5:21-cv-01999-JWH-SHK<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendant's Motion to Dismiss [ECF No. 151]" filed substantially contemporaneously herewith, and in accordance with Rules 12(b)(1) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Pursuant to the *Rooker-Feldman* doctrine, this Court lacks subject matter jurisdiction over the claims that Plaintiff Gregory Richardson asserts in his Complaint [ECF No. 1] against Defendant Martha Bellinger.

2. Accordingly, the Complaint of Plaintiff Gregory Richardson is **DISMISSED for lack of subject matter jurisdiction**.

3. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 26, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE